# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY ROBERTS, )<br>)<br>  Plaintiff; )<br>)<br>vs. )<br>)<br>CIMARRON MEMORIAL HOSPITAL )<br>)<br>and )<br>)<br>NEWLIGHT HEALTHCARE LLC )<br>)<br>Defendants. ) | Case No. CIV-2017-131-M |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Christine C. Vizcaino of the Mazaheri Law Firm hereby requests that this Court grant leave to withdraw as attorney of record for Plaintiff, Tammy Roberts. In support hereof, the undersigned states as follows:

1. Ms. Vizcaino will be relocating out of state and thus ending her employment with the Mazaheri Law Firm effective July 7, 2017.

2. Plaintiff's interests will not be harmed by allowing Ms. Vizcaino to withdraw from this matter as Ms. Mazaheri and Ms. Uhland have appearances entered in this case and will continue to represent the Plaintiff in this matter.

3. No prejudice to any party or delay in this case will result from the withdrawal of Ms. Vizcaino.

4. Ms. Vizcaino conferred with Defense Counsel on July 5, 2017 who stated they had no objection to the relief sought in this request.

**WHEREFORE,** Christine C. Vizcaino and the Mazaheri Law Firm request an order from this Court granting Christine C. Vizcaino leave to withdraw as counsel of record for the Plaintiff.

**RESPECTFULLY SUBMITTED THIS 6th DAY OF JULY, 2017.**

s/ Christine C. Vizcaino
Christine C. Vizcaino
The Mazaheri Law Firm
3445 W. Memorial Rd., Ste. H
Oklahoma City, OK 73134
405-607-4357-Phone
405-607-4358-Fax
Christine@mazaherilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

Adam Childers
Melissa McDuffey
Crowe & Dunlevy
Adam.childers@crowedunlevy.com
Melissa.mcduffey@crowedunlevy.com
*Attorneys for Defendant CMH*

Elaine Turner
Lindsay Kristler
Eturner @hallestill.com
Lkistler@hallestill.com
*Attorneys for Defendant NewLight Healthcare*

s/Christine C. Vizcaino
