# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CIMARRON MEMORIAL HOSPITAL | ) |
| | ) CIV-2017-131-M |
| and | ) |
| | ) |
| NEWLIGHT HEALTHCARE, LLC | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), Plaintiff, Tammy Roberts, by and through her attorney of record, and Defendants, Cimarron Memorial Hospital and Newlight Healthcare, LLC, by and through its attorneys of record, hereby stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff. The Parties further stipulate and agree that each party shall each bear its own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED THIS 7th DAY OF FEBRUARY, 2018**

*/s/Christa R. Uhland*
Christa R. Uhland, OBA #30934
Mazaheri Law Firm, PLLC
3445 W. Memorial Rd. Ste. H
Oklahoma City, OK 73134
Telephone:   405-414-2222
Facsimile:    405-607-4358
christa@mazaherilaw.com
*Attorney for Plaintiff*

1

*/s/ Adam Childers*
*(Signed by filing attorney with*
*Permission of Attorney)*
Adam W. Childers, OBA #18673
Melissa R. McDuffey, OBA #32463
CROWE & DUNLEVY
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405)235-7700
(405)239-6651 (Facsimile)
Adam.childers@crowedunlevy.com
Melissa.mcduffey@crowedunlevy.com
A*ttorneys for Cimarron Memorial Hospital*

*/s/Elaine R. Turner*
*(Signed by filing attorney with*
*Permission of Attorney)*
Elaine R. Turner, OBA #13082
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone:   405-553-2828
Facsimile:    405-553-2855
eturner@hallestill.com
*Attorney for Newlight Healthcare*